1  Your name: Aura Wright
2  Address: 1 Garrison Dr. #1
3  Campbell, CA 95008
4  Phone Number: (310) 403-5953
5  E-mail Address: astrologychick@gmail.com
6  Pro se Plaintiff

FILED
FEB 12 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco  ☐ Oakland  ☑ San Jose  ☐ Eureka

| Aura Wright | ) | Case Number: 17-cv-04772-SVK |
|---|---|---|
|  | ) | **NOTICE OF VOLUNTARY DISMISSAL OF** |
| Plaintiff, | ) | [check one] |
| vs. | ) | ☑ **THIS ENTIRE CASE** |
| Allison Bavarian DBA BMW of Mountain View | ) | ☐ **ONLY DEFENDANT** [name] |
|  | ) |  |
| Defendant. | ) | Hon. Susan VAn Keulen |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☑ this entire case.

☐ only Defendant [name] _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 2/12/18    Sign Name: /s/ Aura Wright
                 Print Name: Aura Wright

NOTICE OF VOLUNTARY DISMISSAL
Case No. 17-cv-04772-SVK

[JDC TEMPLATE]

Justice & Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. **Case Name:** Wright                                    v.   BMW of Mountain View

2. **Case Number:** 17-cv-04772-SVK

3. **What documents were served?**

   **Notice of Voluntary Dismissal**

4. **How was the document served?** *[check one]*

   [✔] Placed in U.S. Mail

   [ ] Hand-delivered

   [ ] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Tami S. Crosby, Esq.

   Kolar & Assoc.

   12241 Newport Ave.

   Santa Ana, CA 92705

6. **When were the documents sent?** 2/12/18

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: /s/ A. Wright

   Name: Aura Wrifght

   Address: 1 Garrison Dr. #1

   Campbell, CA 95008

FILED
FEB 12 2018
SUSAN Y SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*